FILED
John E. Triplett, Clerk of Court
United States District Court
By jburrell at 4:36 pm, Apr 14, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. 4:22cr-56 |
| | ) | |
| v. | ) | 18 U.S.C. § 1014 |
| | ) | False Statement on a Loan |
| ANATOLY RYBIN | ) | Application |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*False Statement on a Loan Application*
18 U.S.C. § 1014

On or about December 23, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANATOLY RYBIN,**

did knowingly submit a loan modification application to the U.S. Small Business Administration (SBA) that he knew contained false information with the intent to influence the action of the SBA with respect to an application, advance, commitment or loan.

More specifically, Defendant filled out an electronic Economic Injury Disaster Loan (EIDL) application ending in 3972 with the SBA that included false statements, including that the cost of goods sold for the 12 months prior to the disaster totaled $0, and Defendant certified that he would use all proceeds of the EIDL solely as working capital to alleviate economic injury caused by disaster occurring in the month of January 31, 2020, and continuing thereafter.  Defendant's representation regarding the cost of goods sold was false, and he subsequently did not use all

proceeds of the EIDL for working capital.  The statements made on EIDL Application 3972 were made by Defendant to influence the actions of the SBA.  In reliance on the false statements made by Defendant, the SBA deposited $110,300 into Defendant's bank account.

All in violation of Title 18, United States Code, Section 1014.

_____
David H. Estes
United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel


_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division