IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:22-cr-56 |
| ANATOLY RYBIN, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. (Doc. 46.) The Government responded to Defendant's request and states that, upon consultation with the United States Probation Office, it does not oppose early termination of Defendant's supervised release. (Doc. 48.) Therefore, after careful consideration and for good cause shown, the Court **GRANTS** Defendant's Motion.

THEREFORE, IT IS HEREBY ORDERED that Defendant Anatoly Rybin is discharged from supervised release.

**SO ORDERED**, this 16th day of July, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA